In the Matter of the Town of Hempstead, Respondent, Relative to Acquiring Title to Properties at Point Lookout in the Town of Hempstead, Nassau County. Leonard Little et al., Appellants.— Appeals discontinued, without costs, pursuant to the stipulation of the parties. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

Morris R. Keen, Respondent, v. Irving M. Schneider, Appellant.— Defendant appeals from a judgment enjoining him from practicing as a physician and surgeon for a period of five years from June 14, 1952, within certain territory set out in a restrictive covenant contained in an agreement between the parties. Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [202 Misc. 298.]